IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JACOB ANDREW BERGERON,

   Plaintiff,

  v.

SHERIFF GARRISON
Purported Sheriff of Cherokee County,
Georgia, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:16-CV-910-TWT

**ORDER**

This is a pro se Petition for Writ of Coram Nobis. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the action for want of prosecution. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 13 day of April, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge